UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 15-34-ART-CJS |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ANTOINE DUDLEY, ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Antoine Dudley is charged with distributing heroin and fentanyl, a controlled substance. R. 38 (sealed superseding indictment). Dudley asked the Court to dismiss the charges against him, arguing that he has been "singled out" for prosecution because of his race. R. 25. Dudley also asked to conduct discovery on this "selective prosecution" claim. *Id.*

Magistrate Judge Candace Smith issued a thorough Report and Recommendation ("R&R"), denying Dudley's motion. R. 43. She found that Dudley failed to show enough evidence of the discriminatory effect of the prosecutor's actions to justify discovery or dismissal of his charges. *Id.* (citing, *inter alia*, *United States v. Armstrong*, 517 U.S. 462, 468 (1996)). Nor did Dudley show any evidence of the prosecutor's discriminatory intent. *Id.* at 7. Dudley had 14 days to file any objections to the R&R. *Id.* at 8; Fed. R. Crim. P. 59(b). Dudley did not file any objections by the deadline. Therefore, Dudley has waived any objection. *Id.*

Accordingly it is **ORDERED** that Judge Smith's R&R, R. 43, is **ADOPTED** as the opinion of the Court. Dudley's motion to dismiss, R. 25, is **DENIED**.

This the 6th day of April, 2016.

Signed By:
*Amul R. Thapar* AT
United States District Judge