UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTOINE DUDLEY,<br><br>    Defendant. | Criminal No. 15-34-ART-CJS<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Antoine Dudley is charged with distributing heroin and fentanyl, a controlled substance. R. 38 (sealed superseding indictment). Dudley asked the Court to exclude testimony from a confidential informant ("CI") who allegedly purchased controlled substances from him. R. 23 at 2. As grounds, Dudley argued that the CI is not competent to testify. *Id.*

Magistrate Judge Candace Smith issued a thoughtful Report and Recommendation ("R&R"), denying Dudley's motion. R. 44. Judge Smith found that the information Dudley provided about the CI's competency did not justify (a) holding a witness competency hearing, (b) ordering a competency evaluation, or (c) excluding the CI's testimony. *Id.* at 1, 5 (citing, *inter alia*, Fed. R. Evid. 601 and *United States v. Phibbs*, 999 F.2d 1053, 1068 (6th Cir. 1993)). Dudley had 14 days to file any objections to the R&R. *Id.* at 6–7; Fed. R. Crim. P. 59(b). Dudley did not file any objections by the deadline. Therefore, Dudley has waived any objection. *Id.*

Accordingly it is **ORDERED** that Judge Smith's R&R, R. 44, is **ADOPTED** as the opinion of the Court. Dudley's motion to exclude the CI's testimony, R. 23, is **DENIED**.

This the 6th day of April, 2016.

Signed By:
*Amul R. Thapar* AT
United States District Judge